WILLIAM McCRAW,
ATTORNEY GENERAL

SCOTT GAINES,
FIRST ASSISTANT

RUTH MYERS,
CHIEF CLERK

ASSISTANTS

JOE J. ALSUP
VICTOR W. BOULDIN
J. H. BROADHURST
WM. M. BROWN
H. GRADY CHANDLER
VERNON COE
WILLIAM C. DAVIS
L. B. DUKE
WM. MADDEN HILL
W. J. (DICK) HOLT
W. J. KEMP
C. M. KENNEDY
LEONARD KING
GEORGE P. KIRKPATRICK
SAM LANE

JOHN McKAY
ROBERT W. McKISSICK
WILLIAM McMILLAN
M. C. MARTIN
HENRY S. MOORE
T. F. (TED) MORROW
JAMES H. NEFF
PAT M. NEFF, JR.
PHIL OVERTON
J. W. PEAVY
HARRY S. POLLARD
W. B. POPE
RUSSELL RENTFRO
TOM D. ROWELL
CHARLES RUTTA
ALFRED M. SCOTT
JOE SHARP
DICK STOUT
EARL STREET
MARVIN TREVATHAN
FRED C. VARNER, JR.
EFFIE WILSON-WALDRON
ALBERT WALKER
CHARLES B. WALKER
H. L. WILLIFORD



## OFFICE OF THE ATTORNEY GENERAL

### AUSTIN

January 6, 1939

Hon. Harry W. Flentge
District Attorney
Gatesville, Texas

Dear Sir:

Opinion No. O-14
Re: County Jails

Your request for opinion as to whether
or not the County Commissioners' Court has authority
to build and maintain more than one jail has been
received by this office.

You are respectfully advised that it is
the opinion of this department that the County Com-
missioners' Court has authority to build and main-
tain more than one jail in the county.

Article 5115, Revised Civil Statutes of
Texas, cited by you in your letter, and Article
6871, Revised Civil Statutes, which articles refer
to the authority of the Commissioners' Court to
build and maintain jails, etc., use the plural
term "jails" in said articles. We deem it un-
necessary to set forth these articles at length,
but refer you to same.

On January 28, 1928, in a letter opinion
written by Hon. H. Grady Chandler, assistant Attorney
General, this department passed on a question almost
identical with the question raised here. This de-
partment concurs with the opinion of Mr. Chandler,

Hon. Harry W. Flentge, January 6, 1939, Page 2

and a copy of same is enclosed herewith.

Yours respectfully

-ATTORNEY GENERAL OF TEXAS

By *Wm. J. Fanning*

Assistant

WJF:AW

ENCLOSURE

APPROVED:

*Gerald C. Mann*

ATTORNEY GENERAL OF TEXAS

mph